

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**v.**

**CODY TYRONE TUTOR**                    **CRIMINAL NO: 3:15 CR 047**
**18 U.S.C. § 922(g)(1)**

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about March 13, 2014, in the Northern District of Mississippi, CODY TYRONE TUTOR, defendant, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, specifically a Springfield Armory, model: XD, .40 caliber semi-automatic pistol, serial #MG197046, all in violation of Title 18, United States Code, Section 922 (g)(1) and 924(a)(2).

A TRUE BILL

_Felicia C. Adams_
UNITED STATES ATTORNEY

_/s/ Signature Redacted_
FOREPERSON